Adrian Dominic WATKINS,
Plaintiff—Appellant,

v.

GUILFORD COUNTY SHERIFF'S DE-
PARTMENT; Captain Williamson,
Division Commander Guilford County
Sheriff's Department; Lieutenant
Watkins, Administrative Shift; B.J.
Barnes, Sheriff, Defendants—Appel-
lees.

No. 07–7044.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

Adrian Dominic Watkins, Appellant Pro
Se. Matthew L. Mason, Office of Guilford
County Sheriff, Greensboro, North Car-
olina, for Appellees.

Before MICHAEL and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Adrian Dominic Watkins appeals the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2000) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Watkins v. Guilford
County Sheriff's Dep't,* No. 1:06–cv–00995–
NCT (M.D.N.C. July 5, 2007). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*